IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Leo Boykins, : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:14cv314 |
| vs. : | |
| : | Judge Susan J. Dlott |
| State of Ohio, : | |
| : | |
| Respondent(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 30, 2015 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 17, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, respondent's motion to dismiss (Doc. 15) is **GRANTED** and petitioner's habeas corpus petition (Doc. 4) is **DISMISSED.**

IT IS SO ORDERED.

   s/Susan J. Dlott   
Judge Susan J. Dlott
United States District Court